| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Amount Paid to Fees | Optional Insurance | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2019 | $2,241.25 | 11/19/2019 | $2,241.25 | 11/19/2019 | $498.75 | $1,151.14 | $514.25 | | | $2,241.25 | $0.00 |
| 12/1/2019 | $2,241.25 | 12/20/2019 | $2,300.00 | 12/20/2019 | $500.68 | $1,149.21 | $514.25 | | | $2,241.25 | $58.75 |
| 1/1/2020 | $2,241.25 | 1/17/2020 | $2,241.25 | 1/17/2020 | $502.61 | $1,147.28 | $514.25 | | | $2,241.25 | $58.75 |
| | | 3/12/2020 | $4,482.50 | | | | | | | | $4,541.25 |
| 2/1/2020 | $2,241.25 | | | 3/13/2020 | $504.54 | $1,145.35 | $514.25 | | | $2,241.25 | $2,300.00 |
| 3/1/2020 | $2,241.25 | | | 3/13/2020 | $506.49 | $1,143.40 | $514.25 | | | $2,241.25 | $58.75 |
| 4/1/2020 | $2,241.25 | 4/16/2020 | $2,241.25 | 4/16/2020 | $508.44 | $1,141.45 | $514.25 | | | $2,241.25 | $58.75 |
| 5/1/2020 | $2,241.25 | 5/15/2020 | $2,241.25 | 5/15/2020 | $510.40 | $1,139.49 | $514.25 | | | $2,241.25 | $58.75 |
| 6/1/2020 | $2,241.25 | 6/11/2020 | $2,241.25 | 6/11/2020 | $516.32 | $1,133.57 | $514.25 | | | $2,241.25 | $58.75 |
| | | 8/26/2020 | $2,164.14 | | | | | | | | $2,222.89 |
| | | 10/29/2020 | $2,171.72 | | | | | | | | $4,394.61 |
| 7/1/2020 | $2,241.25 | | | 10/30/2020 | $522.32 | $1,127.57 | $521.83 | | | $2,241.25 | $2,153.36 |
| | | 12/14/2020 | $2,171.72 | | | | | | | | $4,325.08 |
| 8/1/2020 | $2,241.25 | | | 12/15/2020 | $524.33 | $1,125.56 | $521.83 | | | $2,241.25 | $2,083.83 |
| | | 1/11/2021 | $2,171.72 | | | | | | | | $4,255.55 |
| 9/1/2020 | $2,241.25 | | | 1/12/2021 | $528.38 | $1,121.51 | $521.83 | | | $2,241.25 | $2,014.30 |
| | | 3/11/2021 | $4,343.44 | | | | | | | | $6,357.74 |
| 10/1/2020 | $2,241.25 | | | 3/12/2021 | $532.46 | $1,117.43 | $521.83 | | | $2,241.25 | $4,116.49 |
| 11/1/2020 | $2,295.47 | | | 3/12/2021 | $534.51 | $1,115.38 | $521.83 | | | $2,295.47 | $1,821.02 |
| 12/1/2020 | $2,295.47 | 4/29/2021 | $2,295.47 | 4/29/2021 | $536.57 | $1,113.32 | $521.83 | | | $2,295.47 | $1,821.02 |
| 1/1/2021 | $2,295.47 | 6/1/2021 | $2,295.47 | 6/1/2021 | $540.72 | $1,109.17 | $521.83 | | | $2,295.47 | $1,821.02 |
| 2/1/2021 | $2,295.47 | 7/9/2021 | $2,295.47 | 7/9/2021 | $542.80 | $1,107.09 | $521.83 | | | $2,295.47 | $1,821.02 |
| | | 8/19/2021 | $2,241.25 | | | | | | | | $4,062.27 |
| 3/1/2021 | $2,295.47 | | | 8/20/2021 | $546.99 | $1,102.90 | $591.36 | | | $2,295.47 | $1,766.80 |
| 4/1/2021 | $2,295.47 | | | 10/20/2021 | $549.10 | $1,100.79 | $591.36 | | | $2,241.25 | ($2,715.70) |
| 5/1/2021 | $2,295.47 | | | 10/20/2021 | $551.22 | $1,098.67 | $591.36 | | | $2,241.25 | ($2,715.70) |
| (5/1/2021) | ($2,295.47) | | | 10/21/2021 | ($551.22) | ($1,098.67) | ($591.36) | | | ($2,241.25) | ($474.45) |
| (4/1/2021) | ($2,295.47) | | | 10/21/2021 | ($549.10) | ($1,100.79) | ($591.36) | | | ($2,241.25) | $1,766.80 |
| 4/1/2021 | $2,295.47 | 4/19/2022 | $2,295.47 | 4/19/2022 | $555.47 | $1,094.42 | $591.36 | | | $2,295.47 | $1,766.80 |
| | | 6/14/2022 | $2,448.50 | | | | | | | | $4,215.30 |
| 5/1/2021 | $2,295.47 | | | 6/15/2022 | $557.62 | $1,092.27 | $591.36 | | | $2,295.47 | $1,919.83 |
| | | 7/5/2022 | $4,392.72 | | | | | | | | $6,312.55 |
| 6/1/2021 | $2,295.47 | | | 7/6/2022 | $561.92 | $1,087.97 | $591.36 | | | $2,295.47 | $4,017.08 |
| 7/1/2021 | $2,295.47 | | | 7/6/2022 | $564.09 | $1,085.80 | $591.36 | | | $2,295.47 | $1,721.61 |
| 8/1/2021 | $2,295.47 | 7/21/2022 | $2,295.47 | 7/21/2022 | $566.26 | $1,083.63 | $591.36 | | | $2,295.47 | $1,721.61 |
| | | 7/26/2022 | $4,590.94 | | | | | | | | $6,312.55 |
| 9/1/2021 | $2,295.47 | | | 7/27/2022 | $568.44 | $1,081.45 | $591.36 | | | $2,295.47 | $4,017.08 |
| 10/1/2021 | $2,295.47 | | | 7/27/2022 | $570.64 | $1,079.25 | $591.36 | | | $2,295.47 | $1,721.61 |
| 11/1/2021 | $2,661.53 | | | | | | | | | | |
| 12/1/2021 | $2,661.53 | | | | | | | | | | |
| 1/1/2022 | $2,661.53 | | | | | | | | | | |

**Debtor name:  TERRENCE TULLOCH**     **Bk Filing Date:  10/8/2019**     **First PP PmtDueDate/Amt: 11/1/2019 / $2241.25**

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Amount Applied to Principal | Amount Applied to Interest | Escrow Applied Disbursed | Amount Paid to Fees | Optional Insurance | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/1/2022 | $2,661.53 | | | | | | | | | | |
| | 3/1/2022 | $2,661.53 | | | | | | | | | | |
| | 4/1/2022 | $2,661.53 | | | | | | | | | | |
| | 5/1/2022 | $2,661.53 | | | | | | | | | | |
| | 6/1/2022 | $2,661.53 | | | | | | | | | | |
| | 7/1/2022 | $2,661.53 | | | | | | | | | | |
| | 8/1/2022 | $2,661.53 | | | | | | | | | | |
| Totals | | $81,055.94 | | $56,162.25 | | $12,801.75 | $26,795.61 | $13,019.52 | $0.00 | $0.00 | $54,440.64 | |